| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

√ INITIAL APPEARANCE  DATE: January 24, 2007
❏ BOND HEARING
❏ DETENTION HEARING  Digital Recording 1:52 - 2:27
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:07cr11-WKW  **DEFENDANT NAME:** Kevin Oneil Brown
**AUSA:** Christopher Snyder  **DEFT. ATTY:** Bill Blanchard
  Type Counsel: ( )Retained; (√) CJA; ( ) Waived; ( ) FPD
**USPO/USPTS:** Tamara Martin
Interpreter needed: ( √ ) NO; (  )YES  Name:

---

| | |
|---|---|
| √ | Date of Arrest January 24, 2007 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing CJA Panel Attorney Bill Blanchard - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel. Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed. Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. |
| | DISCOVERY DISCLOSURE DATE:  1/24/07 |
| √ | CRIMINAL TERM:  4/23/07 |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |

**Mr. Blanchard's discussions with the Court regarding mental competency of defendant and his understanding of this proceeding. Mr. Blanchard's discussions with defendant (off the record). Mr. Blanchard advises the Court that proceedings can resume.