IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. No.: 2:07-cr-11 |
| | ) |
| KEVIN ONEIL BROWN | ) |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **KEVIN ONEIL BROWN**, by and through counsel of record, and gives notice that he intends to change his plea from not guilty to guilty of the charge contained in Count I of the Indictment.

**RESPECTFULLY SUBMITTED** this 29th day of March 2007.

s/ William R. Blanchard
WILLIAM R. BLANCHARD
Attorney for Kevin Oneil Brown
**BLANCHARD LAW OFFICES**
**505 South Perry Street**
**Post Office Box 746**
**Montgomery, Alabama 36101-0746**
**Office: (334) 269-9691**
**Fax:    (334) 263-4766**

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) CR. No.: 2:06CR206-MHT |
| | ) |
| **KEVIN ONEIL BROWN** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Chris Snyder, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

Respectfully submitted,

s/ William R. Blanchard
BLANCHARD LAW OFFICES
505 South Perry Street
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax:    (334) 263-4766
(BLA029)