IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v )<br>)<br>KEVIN ONEIL BROWN ) | CRIMINAL ACTION NO.<br>2:07cr11-MHT |

## ORDER ON MOTION

Upon consideration of the defendant's Motion to Continue Change of Plea Hearing (Doc. #13), filed on April 3, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The change of plea hearing set for April 5, 2007 is hereby *reset* to **April 11, 2007 at 9:00 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding.

DONE this 3rd day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE