IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr11-MHT |
| **KEVIN ONEIL BROWN** | ) | |

**ORDER**

It is ORDERED that sentencing for defendant Kevin Oneil Brown, now set for July 19, 2007, at 10:00 a.m. is reset for July 19, 2007, at 8:30 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 18th day of July, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE