IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 2:07cr11-MHT |
| KEVIN ONEIL BROWN ) | |

### ORDER

Because, as stated during the hearing on July 19, 2007, the court desires to hear testimony from Alethia Adrianne Scott, the defendant in <u>United States of America v. Scott</u>, Criminal Action No. 2:06cr206-MHT (M.D. Ala.), it is ORDERED that the sentencing in this case is continued to August 31, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr., United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 20th day of July, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE