# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CR. NO. 2:07CR11-MHT** |
| ) | |
| **KEVIN ONEIL BROWN** ) | |

## RESPONSE TO DEFENDANT'S MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files its response to Defendant Kevin O'Neil Brown's Unopposed Motion to Continue Sentencing as follows:

The United States does not object to Brown's request for a continuance and joins the request. Many months prior to the Court's order, attorney for the Government Christopher Snyder committed to attend a law enforcement conference in Southern Alabama from August 29, 2007, to August 31, 2007. Additionally, Snyder previously has committed to be a lecturer at a conference at the National Advocacy Center in Columbia, South Carolina from August 27, 2007 to August 28, 2007. Thus, the United States would request that Brown's sentencing be moved to date that is not during the week of August 27, 2007.

Respectfully submitted this the 1st day of August, 2007.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/ Christopher Snyder
                CHRISTOPHER A. SNYDER
                Assistant United States Attorney
                Post Office Box 197

Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: William Rives Blanchard, Jr., Esq..

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov