IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr11-MHT |
| KEVIN ONEIL BROWN | ) | |

ORDER

It is ORDERED as follows:

(1) Defendant Kevin Oneil Brown's motion to continue sentencing (Doc. No. 22) is granted.

(2) Sentencing for defendant Brown, now set for August 31, 2007, is reset for September 25, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 9th day of August, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE