**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CASE NO.    2:07cr11-MHT** |
| | ) | |
| **KEVIN ONEIL BROWN** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

**COMES NOW** the Defendant, **KEVIN ONEIL BROWN**, by and through counsel of record, and shows unto this Honorable Court as follows:

1. The Defendant has been ordered to appear before this Honorable Court for sentencing on September 25, 2007 at 10:00 a.m.

2. The Court has previously authorized the transcript of Aletha Scott's sentencing hearing to be prepared for use by the Defendant at his sentencing hearing.

3. The office of the undersigned counsel for Defendant Brown has contacted the court reporter, Mr. Mitchell Reisner, to obtain a copy of the sentencing transcript for United States v. Alethia Scott, and was informed that due to his current workload as well as medical reasons, the transcript will not be available prior to the Defendant, Brown's sentencing hearing.

4. The transcript is essential for the preparation for Defendant Brown's sentencing hearing.

5. The Government has been consulted and has advised the undersigned that there is no opposition to continuing this case for the reason asserted above.

**WHEREFORE**, Defendant Kevin Oneil Brown moves for an Order continuing his sentencing hearing.

**RESPECTFULLY SUBMITTED** this 24th day of September 2007.

**/s/ William R. Blanchard (BLA029)**
**Blanchard Law Offices**
**Post Office Box 746**
**Montgomery, Alabama 36101-0746**
**Phone (334) 269-9691**
**Fax (334) 263-4766**
**bill@blanchardlaw.com**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CASE NO.**   2:07cr11-MHT |
| | ) | |
| **KEVIN ONEIL BROWN** | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Chris Snyder, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

Respectfully submitted,

/s/ William R. Blanchard (BLA029)
**Blanchard Law Offices**
Post Office Box 746
Montgomery, Alabama 36101-0746
Phone (334) 269-9691
Fax (334) 263-4766
bill@blanchardlaw.com