IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr11-MHT |
| **KEVIN ONEIL BROWN** | ) | |

### ORDER

It is ORDERED as follows:

(1) Defendant Kevin Oneil Brown's motion to continue sentencing (Doc. No. 26) is granted.

(2) Sentencing for defendant Brown, now set for September 25, 2007, is reset for November 13, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 3FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 25th day of September, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**