IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr11-MHT |
| | ) | |
| KEVIN ONEIL BROWN | ) | |

## ORDER

On 15 November 2007, Defendant filed a Motion for Psychological Examination (Doc. #29). On the same date, the Honorable Myron H. Thompson, United States District Judge, referred this matter to the undersigned for disposition. Upon a finding pursuant to 18 U.S.C. § 3006A(e)(1): that the services were necessary; that the Defendant was financially unable to obtain them; and counsel's representations that the cost of the evaluation was not more than $1255.00, it is

ORDERED that the motion (Doc. #29) is GRANTED.

DONE this 21st day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE